IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| DOMINIQUE JOHNSON, | ) CASE NO.: 1:21-cv-00596 |
| | ) |
| Plaintiff, | ) JUDGE MATTHEW W. MCFARLAND |
| | ) |
| -v- | ) **STIPULATED DISMISSAL ENTRY** |
| | ) |
| BARNES GROUP INC. d/b/a BARNES AEROSPACE, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Dominique Johnson and Defendant Barnes Group Inc. d/b/a Barnes Aerospace hereby state that all claims between them are hereby dismissed with prejudice, each party to bear her or its own costs and attorney's fees.

Respectfully submitted,

/s/ Brianna R. Carden (Per Email Consent)
Matthew G. Bruce (0083769)
Evan R. McFarland (0096953)
Brianna R. Carden (0097961)
The Spitz Law Firm
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH  45246
Ph:  216.291.0244 x. 173
Fax: 216.291.5744
Matthew.Bruce@SpitzLawFirm.com
Evan.McFarland@SpitzLawFirm.com
Brianna.Carden@SpitzLawFirm.com

*Attorneys for Plaintiff*

/s/ Rose Marie L. Fiore
Ellen Toth (0056176)
Rose Marie L. Fiore (0065243)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
Ph:     216.241.6100
Fax:   216.357.4733
Email: ellen.toth@ogletree.com
           rosemarie.fiore@ogletree.com

*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system, including the following:

>Matthew G. Bruce
>Evan R. McFarland
>Brianna R. Carden
>The Spitz Law Firm
>Spectrum Office Tower
>11260 Chester Road, Suite 825
>Cincinnati, OH  45246
>Matthew.Bruce@SpitzLawFirm.com
>Evan.McFarland@SpitzLawFirm.com
>Brianna.Carden@SpitzLawFirm.com
>
>*Attorneys for Plaintiff*

*/s/ Rose Marie L. Fiore*
*One of the Attorneys for Defendant*